JOHN A. FITZPATRICK, Respondent, *v.* BERNATH KRAUSE, Appellant.

APPEAL by the defendant from a judgment of the Municipal Court, first district, borough of Manhattan, rendered in favor of the plaintiff.

Louis S. Finn, for appellant.

McElhinney & Martin, for respondent.

FREEDMAN, P. J. Assuming, as is claimed by the plaintiff in this action, that he (plaintiff) was the owner of the property taken under the writ of replevin, by the defendant as marshal of the city in the action of R. Cohen against Feinberg Brothers, while such property was in the apparent possession of the said defendants in the writ, the plaintiff could only maintain this action by a compliance with the provisions of sections 1709, 1710 of the Code of Civil Proced- ure, section 1341 of the Consolidation Act, and section 1428 of the New York Charter. McCarthy v. Ockerman, 154 N. Y. 565.

The record contains no proof of any such compliance. Judg- ment must be reversed, new trial ordered, with costs to the appellant to abide the event.

MacLean and Leventritt, JJ., concur.

Judgment reversed and new trial ordered, with costs to appellant to abide event.